UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| ELI DAMON, | \* |
| | \* |
| Plaintiff | \* |
| | \* |
| v. | \* |
| | \* |
| DENNIS HUKOWICZ, individually and as | \*  **C.A. NO. 11-CV-30203-KPN** |
| Chief of the Hadley Police Department, the TOWN | \* |
| OF HADLEY POLICE DEPARTMENT, | \* |
| MITCHELL KUC and MICHAEL MASON | \* |
| | \* |
| Defendants | \* |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## **MOTION TO ENTER ORDER**

Now come the parties and, having come to an agreement to settle this case based upon the Court's Memorandum and Order on the parties' cross motions for summary judgment, report the case as settled and mutually ask the Court to endorse and enter the attached "Order" [Exhibit A, hereto] as a part of the settlement between the parties.

| | |
|---|---|
| Plaintiff by counsel, | Defendants Dennis Hukowicz, Mitchell Kuc, Michael Mason and Hadley Police Department<br>By counsel |

| | |
|---|---|
| /s/ Andrew M. Fischer | /s/ Carole Sakowski Lynch |
| Andrew M. Fischer, BBO#167040 | Carole Sakowski Lynch, BBO#547718 |
| JASON AND FISCHER | MORRISON MAHONEY LLP |
| 47 Winter Street | 1500 Main Street, Suite 2400 |
| Boston, MA  02108 | P.O. Box 15387 |
| (617) 423-7904 | Springfield, MA  01115-5387 |
| (617) 451-3413 (fax) | (413) 737-4373 |
| afischer@jasonandfischer.com | (413) 739-3125 (Fax) |
| | clynch@morrisonmahoney.com |

564852v1

Defendant, Michael Mason, by counsel

  /s/ Andrew J. Gambaccini
Andrew J. Gambaccini, BBO#654690
REARDON, JOYCE & AKERSON, P.C.
4 Lancaster Terrace
Worcester, MA  01609
(508) 754-7285
(508) 754-7220 (fax)
agambaccini@rja-law.com

    I hereby certify that this document, filed through the ECF System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants on November 4, 2013.

  /s/  Carole Sakowski Lynch
Carole Sakowski Lynch, BBO#547718